DEAL *et al. v.* SINGLETARY *et al.*

LEWIS, J.   The local dispensary act of the General Assembly for the town of Blakely, Early county, Georgia, approved December 16, 1897 (Acts of 1897, p. 566), is a valid constitutional law, and the court did not err in refusing to enjoin its enforcement.   This case is controlled by the decision in the case of *Plumb* v. *Christie,* 103 *Ga.* 686.
*Judgment affirmed.   All the Justices concurring.*

Argued February 8, — Decided March 24, 1898.

Petition for injunction, etc.   Before Judge Sheffield.   Early county.   January 6, 1898.

*William D. Kiddoo,* for plaintiffs.

*R. H. Powell & Son* and *G. D. Oliver,* for defendants.

---

STITH *v.* SATTERFIELD.

FISH, J.   In view of all the facts disclosed by the record, it does not appear that there was any abuse of discretion in refusing to reinstate the plaintiff's action.
*Judgment affirmed.   All concurring, except Cobb, J., absent.*

Argued February 18, — Decided March 24, 1898.

Motion to reinstate.   Before Judge Fite.   Bartow superior court.   July term, 1897.

*J. B. Conyers* and *J. M. Neel,* for plaintiff.

*J. W. Harris, J. W. Akin* and *J. H. Wikle,* for defendant.